Margaret A. Brush and Louis J. Brush, Appellants, vs. Quincy E. Brown, Appellee.

Appeal from Circuit Court Duval county.

Margaret A. Brush and Louis J. Brush, *in pro. per.*

*Stephen E. Foster*, for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal. The decree is affirmed.

Decision Per Curiam.

William M. Campbell, Plaintiff in Error, vs. John A. Bishop, Defendant in Error.

Writ of Error to Circuit Court Hillsborough county.

*Gunby & Gibbons and William Hunter*, for Plaintiff in Error.

*Shackleford & Pettingill*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error.

Writ of error dismissed on motion of counsel for defendant in error.

The City of Jacksonville, a municipal corporation under the laws of the State of Florida, Plaintiff in Error,